UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JASON C. MOULTON, | ) |
| | ) |
|       Plaintiff | ) |
| | ) |
| v. | ) 1:12-cv-00259-DBH |
| | ) |
| JOSEPH PONTE, et al., | ) |
| | ) |
|       Defendants | ) |

## RECOMMENDED DECISION

On August 27, 2012, plaintiff filed a complaint in this court listing Joseph Ponte Commissioner, Patricia Barhnart Warden and Joanna Sylvester Classification Office (MSP) as defendants. He neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis. On August 27, 2012, U.S. Magistrate Judge Margaret Kravchuk issued an Order that plaintiff file a properly completed application for leave to proceed in forma pauperis or pay the $350.00 filing fee by September 11, 2012, failing which the Court would issue a recommendation that the action be dismissed. As of today's date, there has been no communication from Plaintiff.

Accordingly, it is recommended that the Complaint be <u>DISMISSED</u> for lack of prosecution.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de*

*novo* review by the district court and to appeal the district court's order.

September 21, 2012                    /s/ Margaret J. Kravchuk
                                                        U.S. Magistrate Judge