### UNITED STATES DISTRICT COURT

### DISTRICT OF MAINE

| | | |
|---|---|---|
| **JASON C. MOULTON,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 1:12-CV-259-P-H** |
| | ) | |
| **JOSEPH PONTE, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On September 21, 2012, the United States Magistrate Judge filed with the court, with a copy to the plaintiff her Recommended Decision.  The time within which to file objections expired on October 9, 2012, and no objections have been filed.  The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The Complaint is **DISMISSED** for lack of prosecution.

**SO ORDERED.**

**DATED THIS 22ND DAY OF OCTOBER, 2012**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**